DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES TODD WAGNER** and **SUPERCAR ENGINEERING, INC.,**
a Florida corporation,
Appellants,

v.

**WARREN MOSLER** and **MOSLER AUTO CARE CENTER, INC.
(“MACC”),** a Florida corporation, d/b/a **MOSLER AUTOMOTIVE,**
Appellees.

No. 4D2024-1449

[January 21, 2026]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502012CA023358.

Scott W. Zappolo of Zappolo Law, P.A., Palm Beach Gardens, for appellants.

Steven Weber of Weber Law, P.A., Miami, for appellees.

PER CURIAM.

Appellants James Todd Wagner and Supercar Engineering appeal a final judgment entered in favor of appellees Warren Mosler and Mosler Auto Care Center following the appellees' motions for directed verdict and judgment notwithstanding the verdict on all counts. The appellees cross-appeal two orders finding the appellants entitled to sanctions following the appellees' discovery conduct. We affirm on all issues raised without further comment, except we dismiss the cross-appeal as it relates to the trial court's 2023 order granting appellants' motion for sanctions. This issue is not ripe for appellate review because the order merely granted entitlement to sanctions but did not determine an amount of fees and costs. *Yampol v. Turnberry Isle S. Condo. Ass'n*, 250 So. 3d 835, 837 (Fla. 3d DCA 2018) ("An order granting entitlement to attorney's fees but not determining the amount of fees or costs is a non-final, non-appealable order, and such an order is subject to dismissal for lack of jurisdiction.").

*Affirmed in part; dismissed in part.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***